JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Robert McCarthy

   Plaintiff,

v.

Southern California Edison Company et al

   Defendants.

Case No.  CV 16-04886-AB (AJWx)

ORDER DISMISSING CIVIL ACTION

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  December 20, 2016  _____
           ANDRÉ BIROTTE JR.
           UNITED STATES DISTRICT JUDGE

1.